**FILED** **HH**
**Jul 16, 2018**
STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. MIAMI

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 16, 2018

Steven M. Larimore
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number: 17-13915-HH
Case Style: Sergio Maximiliano v. Portfolio Recovery Associates,
District Court Docket No: 9:17-cv-80342-RLR

The enclosed copy of the Clerk's Entry of Dismissal pursuant to appellant's motion to dismiss is issued as the mandate of this court. See 11th Cir. R. 42-1(a).

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Christopher Bergquist, HH/lt
Phone #: 404-335-6169

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 17-13915-HH
_____

SERGIO MAXIMILIANO,

                        Plaintiff - Appellant,

versus

PORTFOLIO RECOVERY ASSOCIATES, LLC,

                        Defendant - Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

ENTRY OF DISMISSAL: Pursuant to Appellant Sergio Maximiliano's motion for voluntary dismissal, FRAP Rule 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date, effective July 16, 2018.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by:  Christopher Bergquist, HH, Deputy Clerk

FOR THE COURT - BY DIRECTION